## H. B. THOMPSON v. Bruno MICHELLI.
### No. 1066.

Court of Appeal of Louisiana. First Circuit. Dec. 6, 1932.

Jos. A. Loret and R. F. Walker, both of Baton Rouge, for appellant.

Shelby Taylor, of Baton Rouge, for appellee.

MOUTON, J.

In this case for the reasons stated in the opinion rendered in this and the companion case of Thomas U. Thompson v. Michelli, 144 So. 619 and consolidated herewith, it is ordered, adjudged, and decreed that the judgment rendered below in favor of plaintiff for $208.50 be and is hereby amended by reducing it to the sum of $101, and, as thus amended, the judgment be affirmed; appellee to pay cost of appeal, those below by defendant.